NUMBER 13-06-157-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


SCOTT STANLEY, Appellant,


v.



KATHERINE SPRINGER, Appellee.

___________________________________________________________________


On appeal from the 275th District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, SCOTT STANLEY, perfected an appeal from a judgment entered by
the 275th District Court of Hidalgo County, Texas, in cause number F-1591-01-E. 
After the clerk's record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that he no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED. Any pending
motions are dismissed as moot.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 16th day of November, 2006.